IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Terri L. Hobby,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AHS Southcrest Hospital L.L.C., a Foreign Limited Liability Company, d/b/a/ Hillcrest Hospital South<br><br>　　　　Defendant. | Civil Action No. 4:16-CV-00412-JHP-TLW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this lawsuit in its entirety and with prejudice, with each party to bear his or its own costs and attorneys' fees.

Respectfully submitted this __16th__ day of March, 2017.

| | |
|---|---|
| /s/ *James R. Huber (w/express permission)*<br>James R. Huber, OBA # 15173<br>THE COLLIER & HUBER LAW FIRM, P.C.<br>616 S. Boston Ave, Suite 308<br>Tulsa, OK  74119<br>Phone: (918) 742-4062 | *Amelia M. Willis*_____<br>Patrick F. Clark, OBA #32580<br>patrick.clark@ogletredeakins.com<br>Amelia M. Willis<br>*Admitted Pro Hac Vice*<br>amie.willis@ogletreedeakins.com<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>191 Peachtree Street, N.E.<br>Suite 4800<br>Atlanta, Georgia 30303<br>(404) 881-1300<br>(404) 870-1732 (fax) |

28796753.1